SAMUEL BERGER et al., Doing Business as RUTH'S SPECIALTY SHOP, et al., Respondents, v. AMERICAN NATIONAL FIRE INSURANCE COMPANY et al., Appellants.— Order insofar as appealed from reversed on the law, with $10 costs and disbursements, and motion denied, with $10 costs. Memorandum: The Legislature has provided that the regulation of the practice pertaining to bills of particulars shall be by court rules. (Civ. Prac. Act, § 247.) We find nothing in the court rules which precludes a party or its attorney to allege its particulars on information and belief where, as here, the sources of his knowledge are set forth in the verification. All concur. (Appeal from part of an order amending a bill of particulars.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

JOSEPH SCARAMUCCI, Respondent, v. MAX I. LANDMAN et al., Doing Business as HORNELL AMUSEMENT COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See 280 App. Div. 1030.]

■

MARY S. MOSHER, Appellant, v. GENESEE HOSPITAL, Respondent.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 1031.]

■

CITY OF BUFFALO, Respondent, v. HANNA FURNACE CORPORATION et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 623.]

■

ERIE COUNTY WATER AUTHORITY, Respondent, v. WESTERN NEW YORK WATER COMPANY et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 1037.]

■

GESUFATO CUDA, Respondent, v. MARY DE STEFANIS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See 280 App. Div. 1039.]